IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LESLIE MURRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 04-533-HU |
| v. ) | |
| ) | O R D E R |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Rory Linerud
P. O. Box 1105
Salem, Oregon 97308

     Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Craig J. Casey
Assistant United States Attorney
888 S. W. Fifth Avenue, Suite 1000
Portland, Oregon 97204-2024

Page 1 - ORDER

Daphne Banay
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104

      Attorneys for Defendant

KING, Judge:

The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on March 24, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation #14.

IT IS HEREBY ORDERED that the decision of the Commissioner is AFFIRMED and the action is DISMISSED.

DATED this   15th   day of April, 2005.

                    /s/ Garr M. King
                    GARR M. KING
                    United States District Judge